UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUZANNE REISKIND                          CIVIL ACTION

VERSUS                                    NO: 07-7989

JEFFERSON PARISH SHERIFF                  SECTION: R(4)
OFFICE, *ET AL*

**<u>ORDER</u>**

Neither party has objected to the Magistrate Judge's Report and Recommendation and the Court adopts the Report as its own opinion. Accordingly, it is ordered that Suzanne Reiskind pay the sum of $500.00 to the registry of the Court no later than 15 days from the signing of this Order.

New Orleans, Louisiana, this <u>6th</u> day of April, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE