# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUZANNE REISKIND | CIVIL ACTION |
| VERSUS | NO. 07-7989 |
| JEFFERSON PARISH SHERIFF OFFICE, ET AL. | SECTION "R" |

### ORDER WITHDRAWING REFERENCE TO U.S. MAGISTRATE JUDGE

Considering that all parties will not consent to proceed before the U.S. Magistrate Judge for trial.

Accordingly,

IT IS ORDERED that the referral of this matter to U.S. Magistrate Judge Karen Wells Roby pursuant to Local Rule 73.2E is hereby WITHDRAWN.

IT IS FURTHER ORDERED that a preliminary conference will be held by telephone on THURSDAY, JULY 9, 2009, at 10:30 a.m. for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager, Jay Susslin.

New Orleans, Louisiana, this  12th  day of May, 2009.

*Sarah Vance*
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

cc: U.S. Magistrate Judge Roby